JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ANDRADE; an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1-10, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO: 2:25-cv-03955-SVW-(JCx)<br><br>District Judge: Stephen V. Wilson<br>Magistrate Judge: Jacqueline Chooljian<br><br>[Removed from Los Angeles County Superior Court Case No. 24CHCV03320]<br><br>[PROPOSED] ORDER OF DISMISSAL |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney fees.

IT IS SO ORDERED.

Date: July 18, 2025

_____
The Honorable Stephen V. Wilson
U.S. District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS